THE PEOPLE OF THE STATE OF NEW YORK ex rel. NOUCHIE VEL-
LON, Appellant, v DALE ARTUS, Respondent.

Submitted August 10, 2015; decided September 17, 2015

Motion for reargument of motion for leave to appeal denied
[*see* 25 NY3d 1186 (2015)].

ERIC T. SCHNEIDERMAN et al., Respondents, v MUJAHID PERVEZ,
et al., Defendants, and NADIA PERVEZ et al., Appellants.

Submitted July 6, 2015; decided September 17, 2015

Motion for leave to appeal dismissed upon the ground that
the order sought to be appealed from does not finally determine
the action within the meaning of the Constitution and is not a
nonfinal order of the type within the meaning of CPLR 5602
(a) (2).

In the Matter of SIERRA CLUB et al., Appellants, v VILLAGE OF
PAINTED POST et al., Respondents.

Submitted September 14, 2015; decided September 17, 2015

Motion by Railroads of New York for leave to file a brief ami-
cus curiae on the appeal herein granted and the proposed brief
is accepted as filed. Three copies of the brief must be served
and an original and nine copies filed within seven days.

In the Matter of SIERRA CLUB et al., Appellants, v VILLAGE OF
PAINTED POST et al., Respondents.

Submitted September 14, 2015; decided September 17, 2015

Motion by Gas Free Seneca et al. for leave to file a brief
amici curiae on the appeal herein granted and the proposed
brief is accepted as filed. Three copies of the brief must be
served and an original and nine copies filed within seven days.